Paul M. Hoffman, Esq.
Hoffman Silver Gilman & Blasco
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
(907) 586-3340
Attorneys for Safeway, Inc.
pmhoffman@HSGBlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT JUNEAU

| | |
|---|---|
| ROSA BEJAR and CARMELO D'AMICO,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY, INC. a Delaware corporation registered to and doing business in Alaska,<br><br>Defendant. | CASE NO.: |

## NOTICE OF REMOVAL

**TO:** THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Petitioner Safeway, Inc., by the undersigned attorneys, respectfully shows this Court:

1. The removing party is the defendant in the above-entitled action.

2. On or about November 25, 2008, the above-entitled action was filed in the Superior Court for the State of Alaska, First Judicial District at Juneau, and is now pending therein.

3. On December 1, 2008, the removing party was served with the Summons and Complaint in the above-entitled action via mail delivered to Safeway, Inc.'s registered agent, Corporation Service Company, at 9360 Glacier Highway, Suite 202, Juneau, Alaska. Defendant has entered an Entry of Appearance in the state court action. Copies of all the Pleadings filed in and any Orders entered in the State Court are listed on the attached Index in chronological order and are attached hereto as Exhibits 1 through 4.

4. The above-entitled action is a suit for personal injury. Plaintiff seeks damages for past and future: medical expenses, pain, suffering, mental anguish, loss of enjoyment of life, physical impairment and inconvenience. Plaintiff, also, seeks relief for prejudgment interest, costs and attorney's fees. Plaintiff initially seeks damages in an amount in of $300,000 in special and general damages plus an award of prejudgment interest, costs and attorney fees.

5. Plaintiffs allege they are residents of Alaska. Safeway, Inc. is a corporation incorporated in Delaware, and qualified as a foreign corporation doing business in Alaska and having its principal place of business in Pleasanton, California.

6. The Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a), in that this is a civil action between citizens of different States, defendant is not a citizen of the State of Alaska, and the amount in controversy exceeds $75,000.

7. This notice is being filed with Court within 30 days after service and notice of the Summons and Complaint.

8. Written notice of the filing of this Notice will be given to adverse parties, and filed with the Clerk of the Superior Court for the State of Alaska, First Judicial District at Juneau, as required by law.

WHEREFORE, petitioner, Safeway, Inc., prays that the above action now pending in the Superior Court for the State of Alaska, First Judicial District at Juneau be removed to the United States District Court for the District of Alaska at Juneau, Alaska.

HOFFMAN SILVER GILMAN & BLASCO, P.C.

Dated: 12/22/08  By: _____
Paul M. Hoffman, ABA #7410083
Of Attorneys for Safeway, Inc.

*Certificate of Service*

The undersigned certifies that on the 22nd day of December 2008 a true and correct copy of the foregoing **Notice of Removal** was served on the following attorney of record via ECF and First Class Mail addressed as follows:

Benjamin Brown, Esq.
Baxter Bruce & Sullivan
PO Box 32819
Juneau, AK 99803

_____
Anne O'Leary

# Bejar, et al. v. Safeway, Inc.

Index of Removal Pleadings

1. Summons and Notice to Both Parties of Judicial Assignment
2. Complaint
3. Entry of Appearance (by Defendant)
4. Notice of Filing Notice for Removal