# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
# FIRST JUDICIAL DISTRICT AT JUNEAU

ROSA BEJAR and CARMELO D'AMICO, )
)
      Plaintiffs, )
)
v. )
)
SAFEWAY, INC., a Delaware corporation )
registered to do and doing business in )
Alaska, )
) Case No. 1JU-08-974 CI
      Defendant. )
)

## SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT

TO DEFENDANT:    Safeway, Inc.
                           United States Corporation Company, Registered Agent

YOU ARE HEREBY SUMMONED and required to file with the court an answer to the Complaint which accompanies this Summons. Your answer must be filed with the court at P.O. Box 114100, Juneau, Alaska 99811 (located at 123 4th Street, Dimond Courthouse) within TWENTY (20) DAYS[1] after the day you receive this Summons. In addition, a copy of your answer must be sent to Plaintiffs' attorney, Benjamin Brown, of BAXTER BRUCE & SULLIVAN, P.C., whose address is P.O. Box 32819, Juneau, Alaska 99803 (located at 9309 Glacier Highway, Suite A-201).

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the Complaint.

---

[1] The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

Page 1 of 2
*Bejar and D'Amico v. Safeway*, case No. 1JU-08 974 CI
Summons

Exhibit __1__
Page __1__ of __2__

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address/Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

This case has been assigned to Judge Collins.

DATED at Juneau, Alaska, this 25 day of Nov., 2008.

CLERK OF THE COURT

By _____
Deputy Clerk

Page 2 of 2
*Bejar and D'Amico v. Safeway*, case No. 1JU-08 974 CI
Summons

Exhibit 1
Page 2 of 2

Case 1:08-cv-00023-JWS Document 1-2 Filed 12/24/08 Page 2 of 2