IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ROSA BEJAR and CARMELO D'AMICO, | )<br>)<br>) |
| Plaintiffs, | ) CASE NO.: 1:08-CV-00023-JWS<br>) |
| v. | ) JUDGMENT AND FINAL ORDER<br>) OF DISMISSAL WITH PREJUDICE |
| SAFEWAY, INC. a Delaware corporation registered to and doing business in Alaska, | )<br>)<br>) |
| Defendant. | )<br>) |

Based on the Stipulation to Dismiss with Prejudice filed by the parties,

**IT IS ORDERED** that the above-entitled action be and the same is hereby **DISMISSED with prejudice**, with each party to bear her/his and its own costs and attorney's fees. All pending motions are **DENIED as moot**.

DATED this 23rd day of March 2009.

/s/ Honorable John W. Sedwick
United States District Court Judge